IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FREDRICK T. KOZISEK, | ) | 4:07CV3008 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| COUNTY OF SEWARD, NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 32) is granted, as follows:

Plaintiff shall have until October 1, 2007, to respond to Defendants' motion for summary judgment (filing25).

September 24, 2007.        BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge